## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA. | Civil No. 09-0345 (JRT/RLE) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** |
| $112,878.40 IN UNITED STATES CURRENCY IN LIEU OF REAL PROPERTY LOCATED AT 3530 CRYSTAL LAKE ROAD, BARNUM, MINNESOTA, | |
| Defendant. | |

___

Mary Madigan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Based on the motion of the United States for default judgment against Nicole Stoa, Richard Stoa, Theresa Stoa, Dominick Stoa, and all unknown persons and entities having an interest in the defendant currency who have failed to file a verified statement of claim and answer; and for a final order of forfeiture forfeiting the defendant currency; and based on all the files and records in this action, and on the Court's finding that:

1.    A verified Complaint for Forfeiture *In Rem* with supporting Affidavit of West Metro Drug Task Force Officer Todd Boelter was filed on February 12, 2009,

alleging that the defendant currency is subject to forfeiture pursuant to 18 U.S.C. §§ 881(a)(7);

    2.    A Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on February 17, 2008, directing the U.S. Marshals Service to arrest the defendant currency;

    3.    A copy of the Complaint for Forfeiture *In Rem*, Affidavit of Todd Boelter , Verification, Warrant of Arrest and Notice *In Rem*, and Notice of Judicial Forfeiture Proceeding was sent via certified mail to Nicole Stoa, Richard Stoa, Theresa Stoa, and Dominick Stoa advising them to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant no later than 35 days after the date of service and an answer to the Complaint for Forfeiture within 20 days from the filing date of the verified statement;

    4.    Beginning on February 27, 2008, and for at least 30 consecutive days, the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)), giving notice to all unknown interested persons and entities of the verified statement of interest and answer requirements;

    5.    No verified statement of interest in the defendant currency and answer to the Complaint for Forfeiture *In Rem* has been timely filed with the Clerk of Court and served on the United States Attorney, and the time for filing a verified statement of interest and answer has expired;

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. default judgment is entered against Nicole Stoa, Richard Stoa, Theresa Stoa, Dominick Stoa, and all unknown persons and entities who have failed to timely file a verified claim and answer to the Complaint for Forfeiture; and

2. all right, title and interest in the defendant $112,878.40 in U.S. currency is forfeited to and vested in the United States pursuant to 21 U.S.C. § 881(a)(7) for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 8, 2009
at Minneapolis, Minnesota.

                                                        ___s/John R. Tunheim___
                                                        JOHN R. TUNHEIM
                                                        United States District Judge